GOLDSMITH & HULL. A P.C./93275
William I. Goldsmith SBN 82183
Michael L. Goldsmith SBN 291700
16933 Parthenia Street, Suite 110
Northridge, CA 91343
(818) 990-6600 FAX (818) 990-6140
Govdept1@goldsmithcalaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CLARICE MCCLAIN AKA CLARICE SHEPPARD<br><br>Defendant(s) | No. CV00-03620<br><br>**WRIT OF CONTINUING GARNISHMENT TO GARNISHEE LEGACY POST-ACUTE REHAB CENTER.** |

TO GARNISHEE LEGACY POST-ACUTE REHAB CENTER. ATTN.: PAYROLL DEPARTMENT 1335 N. WATERMAN AVE SAN BERNARDINO CA 92404.

An application for a Writ of Continuing Garnishment against the property of defendant/judgment debtor CLARICE MCCLAIN AKA CLARICE SHEPPARD, has been filed with this Court as to Garnishee LEGACY POST-ACUTE REHAB CENTER.

On July 06,2001, judgment was entered in the United States District Court Central District of California in the amount of $7,703.53, in Favor of UNITED STATES OF AMERICA and against CLARICE MCCLAIN AKA CLARICE SHEPPARD, credits

1  were given for payments and partial satisfactions in the amount of $381.47 which were
2  credited first against the total accrued post judgment interest, with any excess credited
3  against the Judgment as entered, leaving a net balance of $12,604.21 actually due on this
4  Judgment as of August 23, 2017, plus daily interest of $1.18.
5      The name and address of Garnishees and/or Garnishees' authorized agent is:
6          LEGACY POST-ACUTE REHAB CENTER.
7          ATTN.: PAYROLL DEPARTMENT
8          1335 N. Waterman Ave
9          San Bernardino CA 92404
10 The address for plaintiff is:
11         GOLDSMITH & HULL, A P.C. 16933 Parthenia Street, Suite 110
12         Northridge, CA 91343
13 Defendant's Social Security Number is: XXX-XX-1644.
14 The last known address of Defendant is: 9609 E Baseline Rd Unit 329
15 Rancho Cucamonga CA 92404
16  Counsel for plaintiff:
17         Michael L Goldsmith, Esq.
18         Goldsmith & Hull, A P.C.
19         16933 Parthenia Street, Suite 110 Northridge, CA 91343
20
21     TO THE ABOVE-NAMED GARNISHEE:
22
23     YOU AND YOUR SUCCESSORS AND ASSIGNS SHALLWITHHOLD AND
24 RETAIN ANY PROPERTY IN WHICH THE DEBTOR HAS A SUBSTANTIAL
25 NONEXEMPT INTEREST AND FOR WHICH YOU ARE OR MAY BECOME
26 INDEBTED TO THE JUDGMENT DEBTOR PENDING FURTHER ORDER OF THE
27 COURT.
28

1    GARNISHEE SHALL ANSWER THIS WRIT in writing, under oath, within TEN
2 DAYS after service of the writ of continuing garnishment and shall respond therein to
3 the following questions:
4    1. Whether Garnishee has custody, control or possession of any property of
5       Defendant [including but not limited to non-exempt disposable earnings];
6    2. What is a description of the property and the value thereof;
7    3. Whether Garnishee owed Defendant any debt on the date the writ was served
8       and the amount and basis of the debt; and
9    4. Whether Garnishee anticipates owing any debt to Defendant in the future, and
10      whether the period for payment will be weekly or other specified period.
11   GARNISHEE SHALL file the original answer to this writ within ten (10) days of
12 receipt of this writ with the Clerk of the United States District Court, 312 North Spring
13 Street, Los Angeles, California 90012.  Additionally, you are required to serve a copy of
14 the answer on Defendant CLARICE MCCLAIN AKA CLARICE SHEPPARD, and also
15 on the attorney for plaintiff Goldsmith & Hull, A P.C. 16933 Parthenia Street, Suite 110
16 Northridge, CA 91343.
17   If no objection to the answer of Garnishee is filed, and no request for hearing is
18 received by the court within 20 days from either the Defendant or the Plaintiff,
19 Garnishee should release those properties directly to Plaintiff/Judgment Creditor.
20 Payments and Properties hereafter collected shall be payable to **U.S. DEPARTMENT**
21 **OF JUSTICE**. And should be sent to **U.S. DEPARTMENT OF JUSTICE, NCIF P.O.**
22 **BOX 790363 ST. LOUIS, MO 63179-0363**, using file No. **1999B06260** as reference
23 number on the check or other forms of payments.
24   IF YOU FAIL TO ANSWER THIS WRIT OR WITHHOLD AND RETAIN
25 PROPERTY IN ACCORDANCE WITH THIS WRIT, THE PLAINTIFF MAY
26 PETITION THE COURT FOR AN ORDER REQUIRING YOU TO APPEAR
27 BEFORE THE COURT.  IF YOU FAIL TO APPEAR OR DO APPEAR AND FAIL
28 TO SHOW GOOD CAUSE WHY YOU FAILED TO COMPLY WITH THIS WRIT,
   THE COURT MAY ENTER A JUDGMENT AGAINST YOU FOR THE VALUE OF

THE DEBTOR'S NONEXEMPT PROPERTY AS WELL AS REASONABLE ATTORNEY'S FEES.

**IT IS UNLAWFUL TO PAY OR DELIVER TO DEFENDANT ANY PROPERTY LEVIED UPON BY THIS WRIT UNTIL FURTHER ORDER OF COURT.**

The garnishment is continuing in nature and shall constitute a lien against Defendant's nonexempt property.

The garnishment shall continue and survive until any of the following occurs:

(a) The debt is satisfied in full;

(b) The property in the possession, custody or control of Garnishee is exhausted;

(c) Plaintiff has released the garnishment; or

(d) The Court orders that the garnishment be quashed.

DATED: _____, 2017.

                         KIRY K. GRAY
                         CLERK, UNITED STATES DISTRICT COURT

                         _____
                         BY: DEPUTY CLERK